**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**

   NMC Health PLC

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN) \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

   ☑ Other _____. Describe identifier _____.

   **For individual debtors:**

   ☐ Social Security number:   xxx – xx– \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**

   Richard Dixon Fleming, Mark Firmin and Ben Cairns

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   In the Matter of NMC Health plc, High Court of Justice, Business and Property Courts of England & Wales Insolvency & Companies List

5. **Nature of the foreign proceeding**

   *Check one:*

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Order of the High Court of Justice, Business and Property Courts of England & Wales Insolvency & Companies List appointing the Administrators

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Debtor  **NMC Health PLC**                              Case number (*if known*)_____
        Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   England

   **Debtor's registered office:**

   Suite 3 Regency House
   Number    Street

   91 Western Road
   P.O. Box

   Brighton, BN1 2NW
   City      State/Province/Region    ZIP/Postal Code

   England
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City      State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Park House, 16-18 Finsbury Circus
   Number    Street

   _____
   P.O. Box

   London EC2M 7EB
   City      State/Province/Region    ZIP/Postal Code

   England
   Country

10. **Debtor's website** (URL)    www.nmc.ae

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

    　　☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    　　☐ Partnership

    　　☐ Other. Specify: _____

    ☐ Individual

Debtor  NMC Health PLC_____     Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| 12. | **Why is venue proper in *this district*?** | Check one: |

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

13. **Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Richard Dixon Fleming_____       Richard Dixon Fleming_____
Signature of foreign representative            Printed name

Executed on  05/28/2020_____
             MM / DD / YYYY

✘ _____       _____
Signature of foreign representative            Printed name

Executed on  _____
             MM / DD / YYYY

14. **Signature of attorney**

✘ /s / R. Craig Martin_____     Date  05/28/2020_____
Signature of Attorney for foreign representative        MM / DD / YYYY

R. Craig Martin_____
Printed name
DLA Piper LLP (US)_____
Firm name
1201 North Market Street, Suite 2100_____
Number     Street
Wilmington_____  DE_____  19801_____
City                                  State     ZIP Code

(302) 468-5700_____           craig.martin@us.dlapiper.com___
Contact phone                        Email address

5032_____   DE_____
Bar number                           State