IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NMC Health PLC (in Administration),[1] | ) | Chapter 15 |
| | ) | |
|    Debtor in a Foreign Proceeding. | ) | Case No. 20-11385 (MFW) |
| | ) | |

**NOTICE OF FILING OF BANKRUPTCY PETITION AND RELATED PLEADINGS; NOTICE AND AGENDA OF TELEPHONIC HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JUNE 1, 2020 AT 11:30 A.M. (ET)**

---

This First Day Hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at **866-582-6878** to sign up as soon as possible. Fees may apply. Only parties that will be addressing the court should appear by Zoom meeting and must also appear by CourtCall.

PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.

Topic: NMC Health 20-11385
**Time: June 1, 2020 11:30 AM Eastern Time (US and Canada)**

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1612174668
Meeting ID: 161 217 4668
Password: 771187

---

Richard Dixon Fleming, Mark Firmin and Ben Cairns, in their capacity as the duly authorized joint administrators (in such capacity, jointly, the "**Foreign Representatives**") of NMC Health PLC (in Administration) (the "**Foreign Debtor**" or the "**Company**") as a debtor in administration under English law, pursuant to the Insolvency Act 1986 (the "**UK Proceeding**" or the "**Administration**") pending before the High Court of Justice, Business and Property Courts

---

[1] The Foreign Debtor is incorporated in England and Wales and has the English Company Number of 07712220. The Foreign Debtor's mailing address (and its registered office) is Suite 3 Regency House, 91 Western Road, Brighton, BN1 2NW.

EAST\174541205.1

of England and Wales, Insolvency and Companies List (the "**English Court**") filed on behalf of the Foreign Debtor a voluntary petition for relief under chapter 15 of title 11 of the United States Code and related motions and supporting documents, as set forth below:

A. **Voluntary Petition**

1. Official Form 401 Petition of NMC Health PLC. [D.I. 1]; and

2. Verified Petition Under Chapter 15 for Order and Final Decree Granting Recognition of Foreign Main Proceeding and Other Related Relief [D.I. 3].

B. **Declarations**

1. Declaration of R. Craig Martin Regarding Determination of Foreign Law [D.I. 4; Filed 5/28/20];

2. Declaration of Christopher Mathew Parker in Support of Verified Petition Under Chapter 15 for Order and Final Decree Granting Recognition of Foreign Main Proceeding and Other Related Relief [D.I. 5; Filed 5/28/20]; and

3. Declaration of Richard Dixon Fleming in Support of Verified Petition Under Chapter 15 for Order and Final Decree Granting Recognition of Foreign Main Proceeding and Other Related Relief [D.I. 6; Filed 5/28/20].

C. **First Day Motions Going Forward**

1. Emergency Motion of the Foreign Representatives for Provisional Relief [D.I. 7; Filed 5/28/20];

2. Memorandum of Law in Support of Emergency Motion of the Foreign Representatives for Provisional Relief [D.I. 8; Filed 5/28/20]; and

3. Motion of the Foreign Representatives for Entry of an Order (A) Scheduling Hearing on Chapter 15 Petition and Recognition and (B) Specifying Form and Manner of Service of Notice [D.I. 11; 5/28/20].

D. **Other Motions:**

4. Motion of the Foreign Representatives for Chapter 15 Recognition and Final Relief [D.I. 9; Filed 5/28/20]; and

5. Memorandum of Law in Support of Motion for Chapter 15 Recognition and Final Relief [D.I. 10; Filed 5/28/20].

**PLEASE TAKE FURTHER NOTICE** that a telephonic and video hearing with respect to the First Day Motions is scheduled for **June 1, 2020, at 11:30 a.m. (Eastern Time)** (the "**First Day Hearing**") before the Honorable Judge Mary F. Walrath.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVES WITHOUT FURTHER NOTICE.**

**PLEASE TAKE FURTHER NOTICE** that copies of the documents listed above are also available (i) on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.ecf.deb.uscourts.gov (a PACER login and password are required) or (ii) upon written request (including by e-mail) to counsel to the Foreign Representative: DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801, Attn: R. Craig Martin or craig.martin@us.dlapiper.com or 1251 Avenue of the Americas, New York, New York 10020, Attn: Thomas R. Califano or thomas.califano@dlapiper.com, and Erik F. Stier or erik.stier@us.dlapiper.com.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 29, 2020 | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br>By:*/s/ R. Craig Martin*<br>R. Craig Martin, Esq. (DE Bar No. 5032)<br>1201 North Market Street, 21st Floor<br>Wilmington, DE 19801<br>Tel: (302) 468-5700<br>Fax: (302) 778-7834<br>Email: craig.martin@us.dlapiper.com<br><br>-and-<br><br>Thomas R. Califano, Esq.<br>(*pro hac vice* admission pending)<br>Erik F. Stier, Esq.<br>(*pro hac vice* admission pending)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 335-4500<br>Fax: (212) 335-4501<br>Email: thomas.califano@dlapiper.com<br>          erik.stier@us.dlapiper.com<br><br>*Attorneys for the Foreign Representatives* |