# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| NMC Health PLC (In Administration), | Case No. 20-11385 (MFW) |
| Debtor. | |

## NOTICE OF SUBPOENA TO FROST BANK

**PLEASE TAKE NOTICE** that, on October 13, 2021, Richard Dixon Fleming, Mark Firmin and Ben Cairns, in their capacity as the duly authorized joint administrators and foreign representatives of NMC Health PLC (In Administration), through their undersigned counsel, served the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* upon Frost Bank, 111 West Houston Street, San Antonio, Texas 78205 (Attn.: Emerson "Trey" Banack III, Esq., Senior Vice President, Assistant General Counsel, Litigation & Regulatory), via certified mail, return receipt requested.

Dated: October 15, 2021

**DLA PIPER LLP (US)**

/s/ *R. Craig Martin*
R. Craig Martin (DE 5032)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
Telephone:    (302) 468-5700
Facsimile:     (302) 394-2341
Email: craig.martin@us.dlapiper.com

*Counsel to the Foreign Representatives*