**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| NMC Health PLC (in Administration),[1] | ) | Chapter 15 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | Case No. 20-11385 (MFW) |
| | ) | |
| _____ | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
_TELEPHONIC_ HEARING ON MAY 18, 2022 AT 2:00 P.M. (ET)**

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO
WILL BE THROUGH ZOOM [NO COURTCALL]. ALL PARTICIPANTS MUST
REGISTER PRIOR TO THE HEARING AT THE LINK PROVIDED BELOW.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJIsduihqzsvGIK1JJ_zRYRpVpDELyGvQjk

YOU MUST USE YOUR FULL NAME WHEN
LOGGING INTO ZOOM

**STATUS CONFERENCE:**

1.      Status Conference

   **Response Deadline:** N/A

   **Related Documents:**

   A.      Order Scheduling Omnibus Hearings [D.I. 38; Filed 12/14/21].

   B.      Notice of Rescheduled Hearing [D.I. 40; Filed 2/1/22].

   C.      Notice of Adjourned Hearing [D.I. 42; Filed 2/23/22].

   D.      Agenda Letter Rescheduling Hearing [D.I. 44; Filed 4/18/22].

   E.      Foreign Representatives' Statement Under 11 U.S.C. § 1518 [D.I. 45; Filed 5/9/22].

   **Responses Received**:  N/A

_____

[1] The Foreign Debtor is incorporated in England and Wales and has the English Company Number of 07712220.  The Foreign Debtor's mailing address (and its registered office) is Suite 3 Regency House, 91 Western Road, Brighton, BN1 2NW.

EAST\191194131.3

**Status:**  This matter will go forward as a hearing on the status of case.

Dated:  Wilmington, Delaware
      May 16, 2022

Respectfully submitted,

**DLA PIPER LLP (US)**
By:*/s/ R. Craig Martin*
R. Craig Martin, Esq. (DE Bar No. 5032)
1201 North Market Street, 21st Floor
Wilmington, DE 19801
Tel: (302) 468-5700
Fax: (302) 778-7834
Email: craig.martin@us.dlapiper.com

*Attorneys for the Foreign Representatives*

EAST\191194131.3